WASHINGTON REFRIGERATION CORPORATION v. BENHERMAX CORP.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur —Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ. [See 285 App. Div. 732.]

In the Matter of the Accounting of JOHN DAVIS, as Trustee under a Trust made by FLORENCE H. DAVIS, Respondent. CHARLOTTE J. LAWRENCE, Appellant; BARBARA A. LAWRENCE, an Infant, by Her Guardian ad Litem, ROY M. COHN, Respondent.— Order unanimously modified so as to refer the issues under objection No. 3 to an official referee (if the parties so stipulate, the matter may be referred to Hon. ISIDOR WASSERVOGEL, Special Referee). If the validity of the trust should be upheld, the remaining issues are then remanded to Special Term, awaiting, however, disposition of the matters pending before the Surrogate. Settle order on notice. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

CLARK-ROBINSON CORPORATION, Appellant, v. MAFRA REALTY CORP., Defendant, and PAUL S. EDELMAN, Receiver-Respondent.— Order unanimously modified so as to reduce the amount to be paid the receiver to the sum of $100 and, as so modified, affirmed, without costs to either party. No opinion. Settle order on notice. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

W. T. ROYSTON COMPANY et al., Appellants, v. JOSEPH J. MASCUCH, Respondent.— Order unanimously reversed and the motion to vacate the attachment denied and the attachment reinstated. The circumstances would not seem to warrant a denial of jurisdiction on the basis of *forum non conveniens.* Settle order on notice. Concur— Callahan, J. P., Breitel, Bastow and Rabin, JJ. [See *post,* pp. 846, 1078.]

## (June 23, 1955.)

In the Matter of the Accounting of ELIZABETH A. SCHILLER, as Administratrix of the Estate of SARA C. STILLWELL, Also Known as SARA C. PETERS, Deceased, Appellant. RICHARD S. STILLWELL et al., Respondents.— Motion to dismiss appeal granted, with $10 costs. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ. [See *post,* p. 834.]

## (June 24, 1955.)

RACHEL S. ALGAZY v. ANDRE E. ALGAZY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs and stay vacated. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [See 285 App. Div. 1140.]